TRUST COMPANY OF NORTH AMERICA, Appellant, *v.* A. HAMMER COOPERAGE CORPORATION, Respondent.

(Submitted September 28, 1936; decided October 6, 1936.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 272 N. Y. 479.)

JOHN STELBUSZESKI, Respondent, *v.* BENJAMIN B. WESLEY, Appellant.

(Submitted October 5, 1936; decided October 6, 1936.)

*Francis A. McAnaney* for motion.

*Philip Silver* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless briefs are filed and served within thirty days, in which event the motion is denied.